UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL EASTMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:11CV1296 HEA |
| NBC UNIVERSAL MEDIA, LLC, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that a hearing on Plaintiff's Motion for Preliminary Injunction [Doc. #9] is set for Thursday, September 8, 2011, at 1:30 p.m. in the courtroom of the undersigned.

Dated this 1st day of September, 2011.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE