## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL EASTMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case Action No. 4:11-cv-01296 |
| | ) | |
| NBCUNIVERSAL MEDIA, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

It is hereby stipulated by and between the parties to this action, through their designated counsel of record, that the above-captioned action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), including, without limitation, the Complaint, Amended Complaint and all claims asserted in this action by plaintiffs Michael Eastman and Michael Eastman Images, Inc. against defendants NBCUniversal Media, LLC, Bravo Media, LLC, Goodbye Pictures, Inc., Martyn Lawrence Bullard, Warner Bros. Entertainment Inc., and TRIO Entertainment Services Group, LLC.  This dismissal is effective immediately upon filing.  Each party shall bear its/his own attorney's fees and costs.

_____/s/ Michael A. Kahn_____

Michael A. Kahn (#35411MO)
mkahn@brickhouselaw.com
Geoff G. Gerber (#47097MO)
ggerber@brickhouselaw.com
**The BrickHouse Law Group, P.C.**
1006 Olive Street, Ste. 303
St. Louis, Missouri 63101-2048
Tel: (314) 932-1070

Attorneys for Plaintiffs

1

/s/ Michael L. Nepple
Mark Sableman, #36276MO
Michael L. Nepple, #42082MO
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri  63101
Phone: 314-552-6000
Fax:    314-552-7000
msableman@thompsoncoburn.com


and

Joel R. Weiner (CA SBN 139446)
Gail Migdal Title (CA SBN 49023)
KATTEN MUCHIN ROSENMAN LLP
2021 Century Park East, Suite 2600
Los Angeles, California  90067
Phone: 310-788-4400
Fax:    310-788-4471
joel.weiner@kattenlaw.com
gail.title@kattenlaw.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2012, a true and correct copy of the foregoing Stipulation for Dismissal of Entire Action with Prejudice was filed with the Clerk of Court, to be served via the Court's ECF system on the following counsel of record:

Mr. Michael A. Kahn
The BrickHouse Law Group, PC
1006 Olive St., Ste. 303
St. Louis, MO 63101-2048
Phone: (314) 932-1070

*Attorneys for Plaintiffs*

                                  s/ Michael L. Nepple